DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MAURICE BROWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2214

_____

September 21, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court
for Polk County; Donald G. Jacobsen, Judge.

Maurice Brown, pro se.

PER CURIAM.

    Affirmed.

SILBERMAN, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.